**IN THE MATTER OF THE PETITION**　　*　　**IN THE**
**FOR REINSTATEMENT OF**
**RICHARD MARK PAVLICK**　　*　　**COURT OF APPEALS**
**TO THE BAR OF MARYLAND**

　　　　　　　　　　　　　　　*　　**OF MARYLAND**

　　　　　　　　　　　　　　　*　　**Misc. Docket AG No. 39**

　　　　　　　　　　　　　　　*　　**September Term, 2021**

**ORDER**

Upon consideration of Bar Counsel's Motion to Vacate Reinstatement and Petitioner's Verified Answer to Motion to Vacate Reinstatement, filed in the above-captioned case, it is this 16th day of June, 2022,

**ORDERED**, by the Court of Appeals of Maryland, a majority concurring, that the Motion be, and hereby is, GRANTED; and it is further

**ORDERED,** that this Court's Order of January 12, 2022 reinstating Richard Mark Pavlick to the practice of law be, and hereby is, VACATED; and it is further

**ORDERED**, that, pursuant to Maryland Rule 19-752(m), the discipline that was in effect when the order reinstating Richard Mark Pavlick was entered—namely, that by order entered August 31, 2015, Petitioner was indefinitely suspended from the practice of law with the right to petition for reinstatement in 60 days—be and is hereby reimposed; and it is further

**ORDERED**, that Richard Mark Pavlick be, and hereby is, indefinitely suspended from the practice of law in the State of Maryland with the right to reapply no sooner than

60 days from the date of this order and the indefinite suspension shall become effective on the date of this order; and it is further

**ORDERED**, that the Clerk of the Court shall remove the name Richard Mark Pavlick from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

/s/ Matthew J. Fader
Chief Judge